IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | No. C 07-1594 MMC (PR) |
| | ) | |
| TERRANCE GUTHERY, | ) ) ) | **ORDER OF DISMISSAL; DENYING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| | ) | |
| Plaintiff. | ) | (Docket No. 3) |
| _____ | ) | |

Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action on March 20, 2007.[1] That same date, the Court notified plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee within thirty days or, alternatively, to file a completed IFP application, including a trust account statement showing transactions for the preceding six months and a certificate of funds form signed by an institution official, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. On March 28, 2007, the Court received an IFP application from plaintiff, but not a trust account statement or a completed and signed certificate of funds form, contrary to the Court's instructions.

As more than thirty days have passed since the deficiency notice and plaintiff has not

---

[1] The above-titled action was opened by the Clerk's office as a civil rights action when the Clerk received a letter from plaintiff in which he complained of constitutional violations in connection with his confinement.

1  completed the IFP application or paid the filing fee, the above-titled action is hereby
2  DISMISSED without prejudice.
3      The incomplete application to proceed in forma pauperis is hereby DENIED and no
4  fee is due.
5      This order terminates Docket No. 3.
6      The Clerk shall close the file.
7      IT IS SO ORDERED.
8  DATED: June 8, 2007

MAXINE M. CHESNEY
United States District Judge